## I. P. BUTLER *vs.* L. P. HAWKINS.

Cumberland County. Decided March 8, 1916. Action of assumpsit on a promissory note, tried in Superior Court, Cumberland county.

The defendant, if liable at all, was liable as an accommodation maker. The defense was that the note declared upon was not the defendant's note, and that he never signed it. Verdict for defendant. Plaintiff filed exceptions to admission of certain testimony. Exceptions overruled. *E. H. Wilson, and Anthoine & Anthoine,* for plaintiff. *Cleaves, Waterhouse & Emery,* for defendant.